

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00025-CV

Beatrice **VASQUEZ** & Darryl De La Cruz,
Appellant

v.

**OLD AUSTIN ROAD LAND TRUST**, Joseph Anthony Pizzini Individually and as Trustee of
Old Austin Road Land Trust, & John Price,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20809
Honorable David A. Canales, Judge Presiding

## O R D E R

After this court granted Appellants' first motion for extension of time to file their brief, it was due on June 1, 2016. On May 31, 2016, Appellants filed an unopposed second motion for extension of time to file their brief until June 21, 2016, for a total extension of fifty days.

Appellants' motion is GRANTED. Appellants' brief must be filed with this court by June 21, 2016. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle
Clerk of Court